

# The Attorney General of Texas

September 12, 1980

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Bill M. White
Criminal District Attorney
Bexar County Courthouse
San Antonio, Texas 78205

Opinion No. MW-241

Re: Legality of services performed by district attorney's office in collection of hot checks

Dear Mr. White:

You have requested our opinion as to whether a district attorney may lawfully collect unpaid checks for private persons. The 66th Legislature enacted article 53.08 of the Code of Criminal Procedure, Acts 1979, 66th Legislature, chapter 734, section 1, at 1802, which provides in pertinent part:

> (a) A county attorney, district attorney, or criminal district attorney may collect a fee if his office collects and processes a check or similar sight order if the check or similar sight order:
>
> (1) has been issued or passed in a manner which makes the issuance or passing an offense under:
>
> (A) Section 32.41, Penal Code;
> (B) Section 31.03, Penal Code; or
> (C) Section 31.04, Penal Code; or
>
> (2) has been forged under section 32.21, Penal Code.

The statute permits the district attorney to collect the fee "from any person who is a party to the offense," and establishes a maximum fee schedule based on the face amount of the check collected. Sections (b), (c).

Although other public officials are specifically prohibited from undertaking "the collection of any claim for debt for others," article 6252-24, V.T.C.S., the addition of article 53.08 to the Code of Criminal Procedure removes any doubt as to whether a county attorney, district attorney or criminal district attorney may do so. It is thus our opinion that, pursuant to article 53.08 of the Code of Criminal Procedure, a district attorney may lawfully collect unpaid checks for private persons.

## SUMMARY

Pursuant to article 53.08 of the Code of Criminal Procedure, a district attorney may lawfully collect unpaid checks for private persons.

Very truly yours,

**MARK WHITE**
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

Prepared by Rick Gilpin
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
Jon Bible
Walter Davis
Susan Garrison
Rick Gilpin